NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WILDCAT LICENSING WI, LLC,**
*Appellant*

**v.**

**ADIENT PLC,**
*Appellee*

---

2016-1422, 2016-1425

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-00304, IPR2014-00305.

---

**JUDGMENT**

---

DONALD ROBERT DUNNER, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellant. Also represented by JEFFREY SALMON, Jeffrey W. Salmon Law LLC, Glenview, IL.

MATTHEW B. LOWRIE, Foley & Lardner LLP, Boston, MA, argued for appellee. Also represented by GEORGE CHRISTOPHER BECK, CHASE JAMES BRILL, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, MAYER, and LOURIE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


December 20, 2016          /s/ Peter R. Marksteiner
        Date               Peter R. Marksteiner
                           Clerk of Court